UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| DON BRANCH,<br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:16-CV-936-RJ** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiffs claim of disability.

**This Judgment Filed and Entered on July 6, 2017, and Copies to:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)

Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

DATE

July 6, 2017

PETER A. MOORE, JR., CLERK

(By) Susan K. Edwards, Deputy Clerk